

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Berihu Hadera Fkadu

                            **Plaintiff,**

               V.

Stirling C. Price, ASH's Executive Director; Xavier Becerra

                            **Defendant.**

Civil Action No. 17cv2560-LAB-RBB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The First Amended Petition is dismissed without further leave to amend.

Date: 2/2/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Taylor

                                                     J. Taylor, Deputy